# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

THE SHERWIN-WILLIAMS COMPANY, and
SHERWIN-WILLIAMS (CARIBBEAN) N.V.,

Plaintiffs,

-against-

AVISEP, S.A. de C.V., and BEVISEP, S.A. de C.V.,

Defendants.

-----------------------------------------------------------X

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/2016

14 **CIVIL** 6227 (RA)
**JUDGMENT**

Whereas before the Court is Defendants' motion to dismiss for, *inter alia*, lack of personal jurisdiction, and the matter having come before the Honorable Ronnie Abrams, United States District Judge, and the Court, on January 28, 2016, having rendered its Opinion and Order declining to exercise jurisdiction in New York over the Mexican Defendants who executed agreements in Ohio with Ohio Plaintiffs for shares in Mexican companies governed by Mexican law and subject to arbitration in Dallas, and therefore, granting Defendants' motion to dismiss for lack of personal jurisdiction, dismissing the case without prejudice to file in another forum, and directing the Clerk of the Court to close the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 28, 2016, the Court declines to exercise jurisdiction in New York over the Mexican Defendants who executed agreements in Ohio with Ohio Plaintiffs for shares in Mexican companies governed by Mexican law and subject to arbitration in Dallas; therefore, Defendants' motion to dismiss for lack of subject matter jurisdiction is granted and the case is dismissed without prejudice to file in another forum; accordingly, the case is closed.

**Dated:** New York, New York
January 29, 2016

**RUBY J. KRAJICK**
**Clerk of Court**

BY: _____

**Deputy Clerk**

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____